171 A.3d 613

**BATES, William**

v.

**STATE of Maryland**

**Pet. Docket No. 238, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Dismissed by the Court of Special Appeals (No. 2724, Sept. Term, 2016).

Petition for writ of certiorari dismissed.

171 A.3d 613

**BROWN, Alfred Lee**

v.

**STATE of Maryland**

**Pet. Docket No. 219, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Opinion of the Court of Special Appeals unreported (No. 1441, Sept. Term, 2016).

Petition for writ of certiorari dismissed.